UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROLAND HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-2634-G (BH) |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion[s] for summary judgment (docket entry 23), filed March 8, 2012, are **DENIED**,

defendant's motion for summary judgment, filed April 6, 2012, is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**.

    **SO ORDERED**.

February 20, 2013.

                                        /s/ A. Joe Fish
                                      **A. JOE FISH**
                                      **Senior United States District Judge**